# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH FREED, | ) Case No. |
| | ) |
| Plaintiff, | ) 2:19-cv-06699-AFM |
| | ) |
| v. | ) **ORDER** |
| | ) |
| CONVERGENT OUTSOURCING, INC., T-MOBILE USA, INC., and DOES 1-10, inclusive, | ) |
| | ) |
| Defendants | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated: September 10, 2019

_____
Percy Anderson
United States District Judge